UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH H. DOXSEE,            )
                              )
       Plaintiff,             )    CASE NO.   C07-618-TSZ
                              )
   v.                         )
                              )
SEATTLE MENTAL HEALTH, *et al.*, )  ORDER DISMISSING § 1983 ACTION
                              )
       Defendants.            )
_____)

The Court, having reviewed the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The complaint and this action are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. This dismissal shall count as a dismissal under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Benton.

DATED this 13th day of June, 2007.

                                               Thomas S. Zilly
                                               United States District Judge

ORDER DISMISSING § 1983 ACTION